



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8 P 4: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, SEDGEWICK OF PA, INC. AND** | * | **SECTION "B"** |
| **ROY SKIDMORE** | * | **MAGISTRATE "2"** |

\*   \*   \*   \*   \*   \*   \*   \*

### EX PARTE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS

Arnold Transportation Services, Sedgewick of PA, Inc. and Roy Skidmore, defendants, move pursuant to LR 7.3(E) and LR 7.9(E) for additional time within which to respond to plaintiff's Complaint, Interrogatories, Request for Production of Documents, and Request for Admissions herein. As grounds for this motion, defendants show that they have not sought a prior extension of time to respond to plaintiff's Complaint and discovery requests, that counsel need additional time to investigate this matter before responding to plaintiff's Complaint and

DATE OF ENTRY FEB 10 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 5

452402-1

discovery requests, and that counsel for the plaintiff has not filed in the record an objection to an extension of time.

                        Respectfully submitted,

                        _____
                        JOHN F. OLINDE, #1515, **T.A.**
                        BRENT A. TALBOT, #19174
                            -OF-
                        CHAFFE, McCALL, PHILLIPS
                         TOLER & SARPY, L.L.P.
                        2300 Energy Centre
                        1100 Poydras Street
                        New Orleans, LA 70163-2300
                        Telephone: (504) 585-7000
                        **ATTORNEYS FOR ARNOLD TRANSPORTATION SERVICES, SEDGEWICK OF PA, INC. AND ROY SKIDMORE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this __8__ day of February, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

                        _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, SEDGWICK OF PA, INC. AND** | * | **SECTION "B"** |
| **ROY SKIDMORE** | * | **MAGISTRATE (2)** |

\* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that Arnold Transportation Services, Sedgewick of PA, Inc. and Roy Skidmore, defendants, are hereby granted an additional twenty (20) days to respond to plaintiff's Complaint, Interrogatories, Request for Production of Documents, and Request for Admissions herein.

New Orleans, Louisiana, this 7th day of February, 2000.

_____
UNITED STATES DISTRICT COURT

452402-1