Case 2:00-cv-00058-ILRL   Document 7   Filed 02/23/2000   Page 1 of 3



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

FILED: _____          _____
                                                                    DEPUTY CLERK

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Michael Hingle & Associates, Inc., and Michael Hingle and on suggesting to the court that the firm of Michael Hingle & Associates, Inc. and Michael Hingle is no longer counsel of record for plaintiff, Kirk Richard, in the above captioned cause pursuant to the attached correspondence dated February 4, 2000, therefore, Michael Hingle & Associates, Inc. and Michael Hingle should be allowed to withdraw as counsel of record.

DATE OF ENTRY   FEB 2 5 2000



Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, INC.

_____
Michael Hingle, T.A. 6943
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(504) 641-6800

CERTIFICATE

I do hereby certify that there is no other attorney of record in this matter.
This _15_ day of _February_, 2000,



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |
| | * | |
| FILED: _____ | | _____ |
| | | DEPUTY CLERK |

ORDER

Considering the foregoing,

IT IS ORDERED that the name of Michael Hingle & Associates, Inc. and Michael Hingle be and it is hereby removed as counsel of record for the plaintiff, Kirk Richard, in the above captioned cause. **only after he does the following:**

New Orleans, Louisiana this **24th** day of **February**, 2000.

_____
JUDGE

(1) Files into the record the present address and telephone number of Kirk Richard; and
(2) Files into the record a certificate of service which includes a statement that the client has been notified of the motion as well as all deadlines and pending court appearance and that service was made on Mr. Richard by certified mail.

CERTIFICATE

I do hereby certify that there is no other attorney of record in this matter.
This ____ day of _____, 2000,

_____