UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff in this matter, Kirk Richard, and on suggesting to the Court that Brian G. Shearman, John H. Denenea, Jr., and the law firm of Shearman-Denenea, L.L.C., have been retained to represent plaintiff, Kirk Richard, in the above captioned matter for reasons more fully set forth in the attached memorandum.

Respectfully submitted:

SHEARMAN-DENENEA, L.L.C.

BY: _____
BRIAN G. SHEARMAN (#19151)
JOHN H. DENENEA, JR. (#18861)
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Fax: (504) 581-2773
*Attorneys for Plaintiff, Kirk Richard*

DATE OF ENTRY
APR 0 6 2000

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this \_\_\_4\_\_\_ day of \_\_\_April\_\_\_, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
BRIAN G. SHEARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

**IT IS ORDERED** that the names of Brian G. Shearman, John H. Denenea, Jr., and the law firm of Shearman-Denenea, L.L.C. be and are hereby enrolled as counsel of record for the plaintiff, Kirk Richard, in the above captioned matter.

New Orleans, Louisiana, this 5th day of April, 2000.

_____
JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO ENROLL AS COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

That Brian G. Shearman, John H. Denenea, Jr., and the law firm of Shearman-Denenea, L.L.C., have been retained to represent plaintiff, Kirk Richard, in the above captioned matter.

WHEREFORE, Brian G. Shearman, John H. Denenea, Jr., and the law firm of Shearman-Denenea, L.L.C. pursuant to Local Rule 83.2.11, pray that they be enrolled as counsel of record in the above entitled and numbered cause on behalf of plaintiff, Kirk Richard.

Respectfully submitted:

**SHEARMAN-DENENEA, L.L.C.**

BY: _____
**BRIAN G. SHEARMAN (#19151)**
**JOHN H. DENENEA, JR. (#18861)**
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Fax: (504) 581-2773
*Attorneys for Plaintiff, Kirk Richard*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ____4____ day of ____April____, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
BRIAN G. SHEARMAN