```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2000 APR -5  P 4:39

                                  LORETTA G. WHYTE
                                        CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**April 5, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KIRK RICHARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, ET AL** | **SECTION "B" (2)** |

Before the Court is Defendant Sedgwick of PA, Inc.'s Motion for Summary Judgment. (Rec. Doc. No. 8) After reviewing the motion, the plaintiff notified the Court that he does not oppose the dismissal of Sedgwick of PA, Inc. from this action. Accordingly,

**IT IS ORDERED** that Defendant Sedgwick of PA, Inc.'s Motion for Summary Judgment hereby is **GRANTED**.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 0 6 2000