```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2000 MAY -2  P 3: 54

LORETTA G. WHYTE
               CLERK

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B |
| ARNOLD TRANSPORTATION | * | MAGISTRATE 2 |
| SERVICES, SEDGEWICK OF | | |
| PA, INC. AND ROY SKIDMORE | * | |

FILED: _____   _____
                                        DEPUTY CLERK

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes intervener, Michael Hingle & Associates, LLC, and Michael Hingle, (hereinafter referred to as "Intervenors"), and upon suggesting to the Court that movers herein desire to file a Complaint of Intervention into the captioned matter. Intervenors desire to file this intervention into this action to assert intervenors' claim for legal services actually rendered and medical expenses, loans and other costs and expenses advanced to petitioner.

Movers further suggest to the Court that the filing of this Complaint of Intervention will not retard the progress of the principal action. This Motion for Leave to Intervene is made pursuant to Rule 24 of the Federal Rules of Civil Procedure, and it is respectfully requested that the Court permit this Intervention.

DATE OF ENTRY
MAY   4 2000

G:\Files\Richard, Kirk\usdc mot and memo intervention cd      1

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, T.A. #6943
For the Firm
220 Gause Blvd.
Slidell, LA 70458
(504) 641-6800

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___1___ day of ___May___, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B |
| ARNOLD TRANSPORTATION SERVICES, SEDGEWICK OF PA, INC. AND ROY SKIDMORE | * | MAGISTRATE 2 |
| | * | |

FILED: _____          _____
                                        DEPUTY CLERK

## ORDER

Considering the foregoing Complaint for Intervention,

IT IS HEREBY ORDERED that Michael Hingle & Associates, LLC, and Michael Hingle be and the same are hereby granted leave of court to file their Complaint of Intervention.

New Orleans, Louisiana this _3rd_ day of _May_, 2000.

_____
JUDGE

G:\Files\Richard, Kirk\usdc order intervention cd            1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B |
| ARNOLD TRANSPORTATION | * | MAGISTRATE 2 |
| SERVICES, SEDGEWICK OF | | |
| PA, INC. AND ROY SKIDMORE | * | |

FILED: _____        _____
                                                              DEPUTY CLERK

## RULE 7.6(E) CERTIFICATE

I hereby certify that I have contacted all counsel of record regarding filing of this Complaint of Intervention on behalf of Michael Hingle & Associates, LLC and Michael Hingle. Neither counsel for plaintiff nor defendants have any objection to this filing.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, T.A. #6943
For the Firm
220 Gause Blvd.
Slidell, LA 70458
(504) 641-6800