/17

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 26  P 2: 34

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes petitioner, Kirk Richard, who moves this Honorable Court for an Order allowing him to Supplement and Amend his original Complaint filed herein for the reasons set forth in the accompanying memorandum.

Respectfully submitted:

**SHEARMAN-DENENEA, L.L.C.**

BY: _____
**BRIAN G. SHEARMAN (#19151)
JOHN H. DENENEA, JR. (#18861)**
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Fax: (504) 581-2773
*Attorneys for Petitioner, Kirk Richard*

DATE OF ENTRY
JUN 2 7 2000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___26___ day of ___June___, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
BRIAN G. SHEARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Petitioner, Kirk Richard, desires to Supplement and Amend his original Complaint filed herein and add as a party defendant, Illinois Central Railroad. Illinois Central Railroad was the employer of Petitioner, Kirk Richard, at the time of the accident. Petitioner, believes that there will be testimony which will demonstrate that Illinois Central Railroad may be liable for the damages and injuries to Kirk Richard.

Petitioner, Kirk Richard, has contacted all counsel of record and have posed no opposition to this Supplemental and Amending Complaint being filed. Additionally, the addition of Illinois Central Railroad should no way affect the trial date scheduled in this matter for January 16, 2001.

Petitioner therefore prays that Your Honor grant leave of Court for him to Supplement and Amend his original Complaint filed herein.

Respectfully submitted:

**SHEARMAN-DENENEA, L.L.C.**

BY: _____
**BRIAN G. SHEARMAN (#19151)**
**JOHN H. DENENEA, JR. (#18861)**
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Fax: (504) 581-2773
*Attorneys for Petitioner, Kirk Richard*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __26__ day of __June__, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
BRIAN G. SHEARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 7.6E CERTIFICATE

NOW INTO COURT, comes counsel for plaintiff, Kirk Richard, who certifies that he has conferred with counsel for defendants on whether said counsel will oppose within motion, and all said counsel have no opposition to the within requested Motion to Amend Pleadings.

Respectfully submitted:

**SHEARMAN-DENENEA, L.L.C.**

BY: _____
**BRIAN G. SHEARMAN (#19151)**
**JOHN H. DENENEA, JR. (#18861)**
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
Fax: (504) 581-2773
*Attorneys for Petitioner, Kirk Richard*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Amend Pleading, and the consent of all the opposing counsel,

IT IS HEREBY ORDERED that complainant's Motion for Leave to Amend Pleading be granted, and that said Supplemental and Amended Complaint be filed as prayed.

New Orleans, Louisiana this 26th day of June, 2000.

_____
**UNITED STATES DISTRICT COURT JUDGE**