

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES,** | * | SECTION "B" |
| **ROY SKIDMORE, AND ILLINOIS CENTRAL** | | |
| **RAILROAD COMPANY** | * | MAGISTRATE "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING ON MOTION
### TO COMPEL DISCOVERY, INCORPORATED MEMORANDUM AND ORDER

NOW COMES, Defendants, Arnold Transportation Services and Roy Skidmore, through undersigned counsel, and move this Honorable Court for expedited hearing in their motion to compel discovery from Plaintiff Kirk Richard:

1. Trial in this matter is set for January 16, 2001, with witness lists and exhibit lists and written reports of experts for the defendants due on October 6, 1999;

2. The Court's next available hearing date, September 13, will give the defendants insufficient time to meet the Court's deadlines due to plaintiff's failure to timely provide discovery responses.

3. It will take very little time to hear the simple issues raised by this motion to compel.

DATE OF ENTRY
AUG 1 6 2000

474176_1

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
   -of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _14th_ day of August, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL RAILROAD COMPANY | * * | SECTION "B" MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

In view of the foregoing, it is hereby ordered that there shall be expedited hearing on Arnold Transportation Services and Roy Skidmore's Motion to Compel ~~~~~~ on August _23_, 2000 before the Honorable Joseph C. Wilkinson, Jr., U.S. Magistrate Judge, _without oral argument. Written opposition, if any, must be filed no later than August 21, 2000._

New Orleans, Louisiana this _15_ day of _August_, 2000.

_____
U.S. MAGISTRATE JUDGE

474176_1