```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 AUG 23  PM 4: 37

           LORETTA G. WHYTE
                CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
August 23, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

### HEARING ON MOTION

MOTION:     Defendants' Motion to Compel Discovery

O R D E R E D:

__XX__ :     DISMISSED AS MOOT. Counsel for movants has advised the Court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

_____ :     GRANTED

_____ :     DENIED

for JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 2 4 2000

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.