

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 19  PM 3: 54

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO CONTINUE TRIAL ON THE MERITS

Defendant, Canadian National/Illinois Central Railroad Company (CN/IC), moves the Court to continue the trial of this matter (and reset all currently set deadlines,) currently set for January 16, 2001, until such time as CN/IC has had an opportunity to properly prepare its defense. Moreover, the current trial date conflicts with the trial date of a previously set case, *Rita Sykes v. NRPC, et al*, No. 99-3309, also pending before this Court. CN/IC's reasons for continuance are more fully set forth in the attached memorandum.

DATE OF ENTRY

SEP 2 1 2000

1

Fee_____
Process_____
X /Dktd_____
√ CtRmDep_____
Doc.No._____

Respectfully submitted,

_____

LEMLE & KELLEHER, L.L.P.      DAVID S. KELLY, T.A. (#7703)

Of Counsel      ROBERT S. EMMETT (#23725)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 586-1241
Attorneys for Defendant,
 Canadian National/Illinois Central Railroad
 Company

## O R D E R

Considering the unopposed motion to continue trial on the merits,

IT IS ORDERED that Canadian National/Illinois Central Railroad Company's motion to continue trial is hereby ~~granted and the January 16, 2001 trial date (and all pending deadlines) are reset to a date to be determined by this Court~~. DENIED as premature.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

2

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing motion has been served on all counsel of record by placing same in the United States mail, this 19th day of September, 2000.

220785_1

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF UNOPPOSED
### MOTION TO CONTINUE TRIAL ON THE MERITS

MAY IT PLEASE THE COURT:

Defendant, Canadian National/Illinois Central Railroad Company (CN/IC), moves this Court for an order continuing the trial of this matter (and resetting all current deadlines), currently set for January 16, 2001, as CN/IC was only recently brought into this case and defendant requires further time to prepare its defense.

This action was originally filed on January 7, 2000. CN/IC was brought in as a defendant by supplemental and amending complaint dated June 27, 2000. A scheduling conference was held on May 16, 2000 in which a January 16, 2000 trial date was set. CN/IC did not participate in this scheduling conference. Further, as the Court is aware, counsel for CN/IC has a previously set trial on January 16, 2000, *Rita Sykes v.*

1

*NRPC, et al*, No. 99-3309.    Because CN/IC was only recently brought into this case and because its counsel has a previously set trial on the same date, CN/IC requests that this Court continue the trial of this matter and reset all previously scheduled deadlines in order to allow CN/IC to properly prepare its defense.    Defendant has contacted all counsel and they have no objection to such a continuance.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

Of Counsel

DAVID S. KELLY, T.A. (#7703)
ROBERT S. EMMETT (#23725)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 586-1241
Attorneys for Defendant,
  Canadian National/Illinois Central Railroad
  Company

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing memorandum has been served on all counsel of record by placing same in the United States mail, this _____ day of September, 2000.

220785_1

2