FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 28 PM 3: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | **SECTION "B"** |
| | * | **MAGISTRATE "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO CONTINUE TRIAL ON THE MERITS OR, IN THE ALTERNATIVE, MOTION TO EXTEND DEFENDANTS' DEADLINES FOR PROVIDING WITNESS AND EXHIBIT LISTS AND EXPERT REPORTS

Defendants, Arnold Transportation Services and Roy Skidmore (hereinafter "the Arnold defendants"), move the Court to continue the trial of this matter currently set for January 16, 2001, and to reset all currently set deadlines to allow all parties time to appear in this lawsuit and afford them an opportunity to conduct full discovery and properly prepare for trial.[1] In the alternative, the

---

[1] It should be noted that Canadian National/Illinois Central Railroad previously filed a motion to continue, which was denied by the Court as premature. The Arnold defendants, however, herein provide the Court a more detailed factual basis for a continuance, and believe that the filing of this motion at this time promotes the effective use of discovery and judicial economy. Defendants are not interested in a long delay of the trial date and have requested a status conference in order to quickly reset the dates.

DATE OF ENTRY
OCT 0 2 2000

480431_1

Arnold defendants respectfully request that the deadline for expert reports and witness and exhibit designations be extended until November 6, 2000. No party opposes this requested continuance. The Arnold defendants' reasons for the requested continuance of the trial or, in the alternative, extension of certain deadlines are more fully set forth in the attached memorandum. Client has been contacted and provided with copies and has no objection to this continuance.

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
 -of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services and Roy Skidmore**

### CERTIFICATE OF SERVICE

I do hereby certify that I have, on this ____ day of September, 2000, served a copy of the foregoing on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Attorneys for Arnold Transportation Services and Roy Skidmore

2

480431_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | SECTION "B" |
| | * | MAGISTRATE "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE TRIAL ON THE MERITS
OR, IN THE ALTERNATIVE, MOTION TO EXTEND
DEFENDANTS' DEADLINES FOR PROVIDING
<u>WITNESS AND EXHIBIT LISTS AND EXPERT REPORTS</u>**

MAY IT PLEASE THE COURT:

Defendants, Arnold Transportation Services and Roy Skidmore (hereinafter "the Arnold defendants"), move this Court for an order continuing the trial of this matter currently set for January 16, 2001, and resetting all current deadlines because one of the defendants, Illinois Central Railroad,

480431_1

has not yet answered and because the parties do not have sufficient time to fully conduct discovery and prepare for trial. The plaintiff and Illinois Central agree to this continuance.

This action was originally filed on January 7, 2000.[1] A scheduling conference was held on May 16, 2000, at which time a January 16, 2001 trial date was set. Shortly after the scheduling conference, plaintiff expressed an intention to add Illinois Central Railroad as a defendant in this matter. On June 27, 2000, plaintiff filed a supplemental and amending complaint naming Illinois Central as a defendant. But Illinois Central was not immediately served, and an executed waiver of service form was not returned until August 23. Accordingly, Illinois Central is not even due to answer in this matter until October 2, only four days before the cutoffs for expert reports and witness and exhibit lists.

In an effort to gather information relative to this case, the Arnold defendants attempted to find available dates for the plaintiff's deposition. The deposition was finally set for July 11, 2000. However, to avoid duplication of discovery and to allow Illinois Central to participate, the deposition was rescheduled at plaintiff's request to August 30, 2000. At the deposition, it became apparent that the plaintiff had additional information and documentation that had not yet been produced and that he was raising claims and issues that had not been spelled out in the Complaint or in prior discovery responses. Accordingly, the Arnold defendants propounded supplemental discovery requests to plaintiff and subpoenas duces tecum were issued to Illinois Central and Gaylord Container Corporation, which have yet to be answered.

---

[1] The case was delayed for some time because the plaintiff's first lawyer withdrew and Mr. Shearman enrolled after a period of over six weeks from the withdrawal. *See* Michael Hingle's motion to withdraw, filed February 15, 2000.

2

480431_1

Written discovery has not been possible with Illinois Central since it has not made a formal appearance yet. In order for the Arnold defendants to properly prepare this case for trial, essential information and documentation is necessary from the plaintiff, Illinois Central, Gaylord, and the Arnold defendants respectfully request adequate time to conduct such discovery and obtain such information and documentation.

Because the trial is currently set only three months after Illinois Central is due to appear in this case, the parties will have great difficulty in conducting adequate discovery to prepare this case for trial. In addition to written discovery, a number of depositions must be taken, and the plaintiff has not yet been, but should shortly be, released from medical care.

Ultimately, a short continuance will serve this interest of justice, promote judicial economy, and further the resolution of this case. Accordingly, the Arnold defendants request a continuance of the January 16, 2001 trial date. Defendants also ask for a status conference so as to quickly reset the trial date and deadline dates.

### In the Alternative, Arnold Transportation and Roy Skidmore Request an Extension of the Deadlines for Filing Expert Reports and Witness and Exhibit Lists

In the alternative, should the Court deny the Arnold defendants' request for a continuance of the trial, the Arnold defendants request that the deadlines for defendants' expert reports and witness and exhibit lists be extended until November 6, 2000. As set forth above, Illinois Central is not due to answer in this matter until October 2, 2000, and the current deadlines for expert reports and witness and exhibit lists is October 6, 2000. The Arnold defendants have not had an adequate opportunity to conduct discovery from Illinois Central, the plaintiff, and Gaylord, and the request for an extension until November 6, 2000 will not prejudice any party in this matter.

3

480431_1

WHEREFORE, premises considered, Arnold Transportation Services and Roy Skidmore respectfully request that this matter be continued from its January 16, 2000 trial date or, in the alternative, that the deadlines for defendants' expert reports and witness and exhibit lists be extended until November 6, 2000. Defendants further pray for any such other relief to which they may be entitled.

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
-of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this ___26___ day of September, 2000, served a copy of the foregoing on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
**Attorneys for Arnold Transportation Services and Roy Skidmore**

4

480431_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | SECTION "B" |
| | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Unopposed Motion to Continue Trial on the Merits,

IT IS ORDERED that Arnold Transportation Services and Roy Skidmore's motion to continue the trial is hereby ~~granted, and the January 16, 2001 trial date and all pending deadlines are reset to a date to be determined by this Court~~. DENIED as premature

IT IS FURTHER ORDERED that ~~a status conference be set on~~ the Defendants' deadline for providing Witness and Exhibit Lists and Expert Reports is extended to November 6, 2000. ~~o'clock __.m. to reset the trial date and all pending deadline dates.~~

New Orleans, Louisiana, this 29th day of September, 2000.

_____
DISTRICT JUDGE

480431_1