

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO EXTEND CN/IC'S WITNESS AND EXHIBIT LIST AND EXPERT REPORT DEADLINE

Defendant, Canadian National/Illinois Central Railroad Company (CN/IC), moves the Court to grant CN/IC a 30 day extension of time in which to file its witness and exhibit list and to provide its expert reports to opposing counsel (both deadlines are currently set for October 6, 2000). CN/IC avers that it requires this extension for the reasons more fully detailed in the attached memorandum. Further, CN/IC represents that plaintiff has voiced no opposition to such an extension and co-defendants, Arnold Transportation Services (Arnold) and Roy Skidmore (Skidmore), only "oppose" this motion to the extent that the motion does not also apply to their deadlines (however,

DATE OF ENTRY
OCT 5 2000

1

CN/IC has no objection to an identical extension of time for Arnold and/or Skidmore to file their witness and exhibit list and submit their expert reports).

Respectfully submitted,

|  |  |
|---|---|
| LEMLE & KELLEHER, L.L.P. | _____ |
|  | DAVID S. KELLY, T.A. (#7703) |
|  | ROBERT S. EMMETT (#23725) |
| Of Counsel | 21st Floor, Pan-American Life Center |
|  | 601 Poydras Street |
|  | New Orleans, Louisiana 70130 |
|  | Telephone: (504) 586-1241 |
|  | Attorneys for Defendant, |
|  | Canadian National/Illinois Central Railroad Company |

## ORDER

Considering the unopposed motion to continue trial on the merits,

IT IS ORDERED that Canadian National/Illinois Central Railroad Company's motion for extension is hereby granted and CN/IC has until November 5, 2000 to file its witness and exhibit list and submit its expert reports.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel of record by placing same in the United States mail, this _____ day of October, 2000.

_____

224504_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES<br>AND ROY SKIDMORE | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO EXTEND CN/IC'S WITNESS AND
EXHIBIT LIST AND EXPERT REPORT DEADLINE**

MAY IT PLEASE THE COURT:

Defendant, Canadian National/Illinois Central Railroad Company (CN/IC), moves this Court for an order extending the deadline for CN/IC to file its witness and exhibit list and to submit its expert reports by 30 days (both deadlines are currently set for October 6, 2000). This action was originally filed on January 7, 2000. CN/IC was brought in as a defendant by supplemental and amending complaint dated June 27, 2000. CN/IC was not served until August 4, 2000 and CN/IC's answer is not due until October 3, 2000. A scheduling conference was held on May 16, 2000 in which all the current deadlines were set (CN/IC did not participate in this scheduling conference).

On or about September 19, 2000, CN/IC filed a motion to continue the trial of this matter which was denied on September 21, 2000. In light of the Court's denial of its motion to continue, CN/IC now requests a one month extension of time (or until November 5, 2000) in which to file its witness and exhibit list and to provide its expert reports to opposing counsel. This extension will permit CN/IC sufficient time to identify potential witnesses and exhibits and ascertain what, if any, experts will be required in its defense of this case. CN/IC asserts that such extension will not delay the trial of this matter.

Respectfully submitted,

| | |
|---|---|
| LEMLE & KELLEHER, L.L.P.<br><br>Of Counsel | DAVID S. KELLY, T.A. (#7703)<br>ROBERT S. EMMETT (#23725)<br>21st Floor, Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 586-1241<br>Attorneys for Defendant,<br>  Canadian National/Illinois Central Railroad Company |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing memorandum has been served on all counsel of record by placing same in the United States mail, this _____ day of October, 2000.

224504_1

2