FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -5 PM 4:41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL RAILROAD COMPANY** | * * | SECTION "B" MAGISTRATE "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Arnold Transportation Services and Roy Skidmore (hereinafter "Arnold defendants"), who respectfully move this Honorable Court for an expedited hearing on their motion to shorten time in which to respond to discovery, all as more fully set forth in the accompanying memorandum.

DATE OF ENTRY
OCT 1 3 2000



481632_1

        Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
    -of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____ day of October, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES,** | * | SECTION "B" |
| **ROY SKIDMORE, AND ILLINOIS CENTRAL** | | |
| **RAILROAD COMPANY** | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**EX PARTE MOTION FOR EXPEDITED HEARING**

MAY IT PLEASE THE COURT:

Arnold Transportation Services and Roy Skidmore's witness and exhibit lists and expert reports are currently due on November 6, 2000. Canadian National/Illinois Central only recently (within the last week) filed an answer in this matter. In its responsive pleading CNIC also asserted a cross-claim against the Arnold defendants. In order to properly defend this case and meet deadlines, the Arnold defendants require expedited discovery responses from CNIC. As time is of the essence, the Arnold defendants respectfully request that this matter be set for expedited hearing. The Arnold defendants fully incorporate herein the memorandum in support of their motion to shorten time in which to respond to discovery requests.

481632_1

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
    -of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___4th___ day of October, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL RAILROAD COMPANY | * * | SECTION "B" MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Expedited Hearing,

IT IS HEREBY ORDERED ADJUDGED and DECREED that Arnold Transportation Services and Roy Skidmore's Motion to Shorten Time Within which to Respond to Discovery is hereby set for hearing on an expedited basis on the ~~_____~~ _record without oral argument. Written opposition has already been filed._

New Orleans, Louisiana this _12th_ day of October, 2000.

_____
UNITED STATES ~~_____~~ JUDGE
        MAGISTRATE

481632_1