

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 10 PM 5:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | SECTION "B" |
| | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY TO CANADIAN NATIONAL/ILLINOIS CENTRAL'S BRIEF IN OPPOSITION TO MOTION TO SHORTEN TIME IN WHICH TO RESPOND TO DISCOVERY REQUESTS

Arnold Transportation Services and Roy Skidmore (hereinafter "the Arnold defendants"), request leave to file a brief in reply to Canadian National/Illinois Central's (hereinafter "CNIC") Brief in Opposition to Motion to Shorten Time in which to Respond to Discovery Requests, pursuant to Rules 7.3E and 7.5E of the Local Rules of Court, upon the following grounds:

1.  CNIC has not fully represented the facts and the law regarding the Arnold defendants' Motion to Shorten Time in which to Respond to Discovery Requests, and the Arnold defendants request leave to file its reply brief in order to fully inform the Court of its position and the law

482205_1

DATE OF ENTRY
OCT 13 2000



regarding this matter.

2. In order to respond to the omissions in CNIC's opposition brief, the Arnold defendants respectfully requests that it be allowed to file a reply brief in response to CNIC's opposition.

Respectfully submitted,

_/s/ John F. Olinde_

JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
-of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services and Roy Skidmore**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this _10_ day of _Oct._, 2000 served a copy of the foregoing pleading on the plaintiff and on counsel for all parties to this proceeding, via telefax and United States mail.

_/s/_

Attorneys for Arnold Transportation Services and Roy Skidmore

482205_1                                    2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | SECTION "B" |
| | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion,

IT IS ORDERED that Arnold Transportation Services and Roy Skidmore be and it is hereby granted leave to file a reply memorandum to CNIC's brief in opposition to motion to shorten time in which to respond to discovery requests.

New Orleans, Louisiana this 12th day of October, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

200441