```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 OCT 13  PM 4: 07

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 13, 2000

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendants' Motion to Shorten Time in Which to Respond to Discovery Requests

O R D E R E D:

__XXX__ :   DENIED. Defendants advance no good reason why the usual time periods for responding to discovery should be shortened under these circumstances. Even applying the usual deadlines, the discovery responses will be due on or about the same date as the currently set discovery deadline. These discovery requests are extensive. Requiring expedited responses would be unreasonable. Canadian National/Illinois Central Railroad ("CNIC") is already obligated by Court order to disclose the same information requested

DATE OF ENTRY
OCT 1 6 2000

in Interrogatories No. 3, 4 and 6 and Request for Production No. 9. As to the other discovery requests, there is no reason why movants could not have submitted these same discovery requests to CNIC at the end of June 2000, when it was added to the case, instead of delaying until October 4, 2000 to do so.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE