

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRK RICHARD                                    CIVIL ACTION

VERSUS                                          NO. 00-58

ARNOLD TRANSPORTATION SERVICES ET AL.           SECTION "B" (2)


     **IT IS ORDERED** that a **Settlement Conference** is set in this case on **November 29, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

     Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 28, 2000**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

     New Orleans, Louisiana, this _23rd_ day of October, 2000.

                                        JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

cc: HON. IVAN L. R. LEMELLE

DATE OF ENTRY
OCT 23 2000

Fee____
Process____
X  Dktd____
___ CtRmDep
Doc.No. 55