FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 13 PM 4: 11

LORETTA G. WHYTE
CLERK

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES,** | * | SECTION "B" |
| **SEDGEWICK OF PA, INC. AND** | | |
| **ROY SKIDMORE** | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX-PARTE MOTION FOR LEAVE TO FILE
### MOTION IN LIMINE AND SET FOR HEARING
### ON NOVEMBER 29, 2000

Defendants, Arnold Transportation Services, Inc. and Roy Skidmore (hereinafter "the Arnold defendants"), respectfully move this Court for leave to file the attached motion in limine to exclude any reference to Roy Skidmore's termination by Arnold Transportation Services, Inc. or Arnold's finding that this accident was preventable, and request that the motion be set for hearing on November 29, 2000.

Under the Court's May 16, 2000 order, motions in limine were to be filed in sufficient time to permit hearing no later than ten days prior to the final pre-trial conference, which is set for December 6, 2000. As such, a motion would have required filing in sufficient time to permit

486361_1

DATE OF ENTRY
NOV 16 2000



a hearing prior to November 26, 2000. The Court, however, does not have any hearing dates until November 29, 2000. In addition, the Court is already scheduled to hear the Arnold defendants' motion to strike on November 29, 2000. As such, the filing of defendants' motion in limine at this time for hearing on November 29, 2000 will not prejudice any party to this action. The Arnold defendants are making an effort to address evidentiary concerns at this time, rather than waiting until trial to raise objections.

WHEREFORE, the Arnold defendants respectfully move this Court for leave to file the attached motion in limine to exclude any reference to Roy Skidmore's termination by Arnold Transportation Services, Inc. or Arnold's finding that this accident was preventable, and to set this matter for hearing on November 29, 2000.

Respectfully submitted,

_____
JOHN P. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
-of-
CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___13th___ day of November, 2000 served a copy of the foregoing pleading on the plaintiff and on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Attorneys for Arnold Transportation Services and Roy Skidmore

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, SEDGEWICK OF PA, INC. AND** | * | **SECTION "B"** |
| **ROY SKIDMORE** | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED that Arnold Transportation Inc. and Roy Skidmore be and is hereby granted leave to file its motion in limine to exclude any reference to Roy Skidmore's termination by Arnold Transportation Services, Inc. or Arnold's finding that this accident was preventable, and that said motion be set for hearing on November 29, 2000 at ___9___ o'clock _a_.m.

New Orleans, Louisiana this __16th__ day of __November__.

_____
UNITED STATES DISTRICT COURT

486361_1