

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 21  PM 2: 34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO CONTINUE HEARING

Defendant and cross-claimant, Canadian National/Illinois Central Railroad Company (CN/IC), moves the Court for an Order to continue for 14 days the hearing of defendants and defendants in cross-claim Arnold Transportation Services (Arnold) and Roy Skidmore's (Skidmore) Motion In Limine currently set for 9:00 o'clock a.m. on November 29, 2000. Because the Motion In Limine was not received by CN/IC until November 17, 2000, CN/IC requests this continuance to afford additional time to file an Opposition Brief.   CN/IC's reasons are more fully set forth in the attached memorandum.

DATE OF ENTRY
NOV 2 8 2000

Fee_____
Process_____
X  Dktd _____
✓ CtRmDep_____
Doc.No._____

Respectfully submitted,

*Terrance A. Prout*

LEMLE & KELLEHER, L.L.P.

Of Counsel

DAVID S. KELLY, T.A. (#7703)
ROBERT S. EMMETT (#23725)
TERRANCE A. PROUT (27043)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 586-1241
Attorneys for Defendant,
    Canadian National/Illinois Central Railroad
    Company

## O R D E R

Having considered the foregoing Unopposed Motion to Continue Hearing filed by defendant, Canadian National/Illinois Central Railroad Company;

**IT IS ORDERED** that the hearing on the Motion In Limine filed by defendants, Arnold Transportation Services, Inc. and Roy Skidmore, be and hereby is continued from November 29, 2000, at 9 o'clock a.m., to December 13, 2000, ~~at 9 o'clock a.m.~~ *without oral argument.*

New Orleans, Louisiana, this _27th_ day of _November_, 2000.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing motion has been served on all counsel of record by placing same in the United States mail, this 21st day of November, 2000.

*Terrance A. Prout*

234265-1

- 3 -