FILED
U.S. DISTRICT COURT
[illegible]

UNITED STATES DISTRICT COURT Nov 22  1 07 PM '00

EASTERN DISTRICT OF LOUISIANA [illegible] WHITE
CLERK

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE ONE DAY LATE PLAINTIFF'S OPPOSITION MEMORANDUM TO DEFENDANT'S MOTION IN LIMINE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Kirk Richard, who moves this Honorable Court for an Order allowing him to file his Opposition Memorandum to Plaintiff's Motion in Limine, one day late, for the reasons set forth in the attached Memorandum.

Respectfully Submitted:

**SHEARMAN - DENENEA, L.L.C.**

*/s/ Brian G. Shearman*

**BRIAN G. SHEARMAN (#19151)**
**JOHN H. DENENEA, JR. (#18861)**
829 Baronne Street
New Orleans, Louisiana 70113
(504) 581-9322

DATE OF ENTRY
NOV 2 8 2000

Fee _____
Process _____
X /Dktd _____
___ CtRmDep _____
Doc.No. 69

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Set for Status Conference has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid, New Orleans, Louisiana, this 22nd day of Nov., 2000.

/s/ Brian D. Shearman
BRIAN G. SHEARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B MAG 2 |
| ARNOLD TRANSPORTATION SERVICES, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * *

<u>MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE ONE DAY LATE
PLAINTIFF'S OPPOSITION MEMORANDUM TO DEFENDANT'S
MOTION IN LIMINE</u>

**MAY IT PLEASE THE COURT:**

Plaintiff's request that this Honorable Court allow him to file one day late, his Memorandum in Opposition to Defendant's Motion in Limine to Exclude any reference of Roy Skidmore's termination by Arnold Transporation Services, Inc. or Arnold's finding that this accident was preventable.

Plaintiff's counsel was in New Roads, Louisiana attending a status conference as well as a deposition, and was unable to return to New Orleans in a timely fashion to file this Opposition Memorandum.

Plaintiff's counsel has contacted counsel for Arnold Transportation who has posed no

objection to him filing this Opposition Memorandum one day late.

Respectfully Submitted:

SHEARMAN - DENENEA, L.L.C.

*/s/ Brian G. Shearman*

BRIAN G. SHEARMAN  (#19151)
JOHN H. DENENEA, JR. (#18861)
829 Baronne Street
New Orleans, Louisiana 70113
(504) 581-9322

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Set for Status Conference has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid, New Orleans, Louisiana, this 22nd day of Nov., 2000.

*/s/ Brian G. Shearman*
BRIAN G. SHEARMAN

## ORDER

It is hereby ordered that plaintiff be allowed to file one day late his Opposition Memorandum to Defendant's Motion in Limine.

_____
JUDGE
11/27/00