

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL | * | SECTION "B" |
| RAILROAD COMPANY | * | MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ARNOLD TRANSPORTATION AND ROY SKIDMORE'S EX PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS CROSS-CLAIM OF CANADIAN NATIONAL/ILLINOIS CENTRAL

Arnold Transportation Services and Roy Skidmore, defendants, respectfully move for leave, pursuant to LR 7.4 and 7.5E, to file the attached reply memorandum in support of their motion to dismiss the cross-claim of Canadian National/Illinois Central's (hereinafter "CNIC"), upon the following grounds:

1.   CNIC's claims for contribution or indemnity against Arnold and Skidmore are governed exclusively by state law, contrary to CNIC's arguments.

2.   CNIC's reliance on the *Narcise* opinion, that was decided before the amendments to La. Civ. Code arts. 2323 and 2324, is misplaced.

486969_1

DATE OF ENTRY
NOV 3 0 2000

WHERFRORE, defendants, Arnold Transportation Services and Roy Skidmore, respectfully move this Court for leave to file the attached reply memorandum in support of the motion to dismiss.

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
    -of-
CHAFFE, McCALL, PHILLIPS
  TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services
and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28 day of November, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Attorneys for Arnold Transportation Services
and Roy Skidmore

486969_1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL RAILROAD COMPANY** | * * | **SECTION "B"** **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion for leave,

**IT IS ORDERED** that Arnold Transportation Services and Roy Skidmore be and they are hereby granted leave to file a reply brief in support of their motion to dismiss the cross-claim of CNIC.

New Orleans, Louisiana this 25th day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

486969_1