FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -1  PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX-PARTE MOTION FOR LEAVE TO FILE MOTION TO COMPEL

Defendant, Canadian National/Illinois Central Railroad Company ("CN/IC"), respectfully moves this Court for leave to file the attached motion to compel defendants, Arnold Transportation Services, Inc. and Roy Skidmore ("hereinafter referred to as the Arnold defendants), to supplement and/or amend their discovery responses to provide the information and documents requested by mover, CN/IC. Mover requests that the motion be set for expedited hearing.

Plaintiff filed suit in this case against defendants, Arnold and Roy Skidmore in January, 2000. On May 16, 2000, when CN/IC was not a party in this

DATE OF ENTRY
DEC 0 4 2000

lawsuit, the parties attended a status conference, and deadlines were established by the Court's Minute Entry of May 16, 2000. This entry set November 6, 2000 as the discovery deadline. CN/IC was served with the plaintiff's amended complaint in August, 2000. Consequently, CN/IC was brought into the case almost seven months after the plaintiff's original complaint was filed, and after more than half of the discovery period had already expired. Nevertheless, CN/IC took the deposition of defendant Roy Skidmore on October 20, 2000. Following his deposition, and based upon his testimony, CN/IC sent interrogatories, production requests and admission requests to the Arnold defendants on October 25, 2000. Despite being aware of the late date on which CN/IC had been brought into the lawsuit, and the disadvantage inherent in that filing, the Arnold defendants waited until the very last possible date to serve their responses to the discovery. In connection with their objections and discovery responses the Arnold defendants also asserted an objection based upon the expiration of the discovery deadline.

In order to properly prepare for trial, it is important that mover obtain all of the information and documents requested in the discovery sent to the Arnold defendants. To require these defendants to completely respond to the discovery requests, is necessary, and would impose no undue hardship on them.

WHEREFORE, defendant Canadian National/Illinois Central Railroad Company, respectfully moves this Court for leave to file the attached motion to compel

and supporting memorandum seeking to require co-defendants, Arnold and Roy Skidmore to supplement and/or amend their responses to the discovery propounded by mover. Further, due to the time constraints, CN/IC moves for expedited consideration of its Motion to Compel.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

Of Counsel

DAVID S. KELLY, T.A. (#7703)
TIMOTHY F. DANIELS (#16878)
ROBERT S. EMMETT (#23725)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1241
Attorneys for Defendant, Canadian National/
Illinois Central Railroad Company

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel of record by (United States Mail, postage prepaid, hand delivery, telefax, or e-mail), this _____ day of _____, 20___.

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| versus | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED, that Canadian National/Illinois Central Railroad Company be and is granted leave to file the attached motion to compel and memorandum in support which seeks to require defendants Arnold Transportation Services, Inc. and Roy Skidmore to supplement and amend their discovery responses, and that said motion be and is hereby set for expedited hearing *without oral argument. Written opposition, if any, must be filed no later than December 7, 2000.*

~~on the~~

New Orleans, Louisiana, this 4th day of December, 2000.

_____
UNITED STATES DISTRICT MAGISTRATE