

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -1 PM 4: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| versus | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO TAKE DEPOSITIONS BEYOND THE DISCOVEY DEADLINE AND FOR EXPEDITED CONSIDERATION

Defendant Canadian National/Illinois Central Railroad Company moves this Court for an Order permitting the depositions of witnesses identified in recent discovery responses received from co-defendants Arnold Transportation Services, Inc. and Roy Skidmore on November 27, 2000. As demonstrated in the attached memorandum, the discovery deadline was set almost three months prior to mover being brought into the case, and these depositions are necessary in order for mover to prepare its defense.

WHEREFORE, defendant Canadian National/Illinois Central Railroad Company respectfully moves this Court for leave to take the depositions of witnesses

DATE OF ENTRY
DEC 0 5 2000

Fee____
Process____
X Dktd ○↯○
CtRmDep____
Doc.No.____

identified in co-defendants' recent responses to discovery, and to set this matter for an expedited hearing.

Respectfully submitted,

*[signature]*

| | |
|---|---|
| LEMLE & KELLEHER, L.L.P. | DAVID S. KELLY, T.A. (#7703)<br>TIMOTHY F. DANIELS (#16878)<br>ROBERT S. EMMETT (#23725) |
| Of Counsel | 21st Floor, Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 586-1241<br>Attorneys for Defendant, Canadian National/<br>Illinois Central Railroad Company |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel of record by (United States Mail, postage prepaid, hand delivery, telefax, or e-mail), this ____ day of __December__, 2000.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| versus | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANUM IN SUPPORT OF MOTION FOR LEAVE TO TAKE DEPOSITIONS BEYOND THE DISCOVEY DEADLINE

MAY IT PLEASE THE COURT:

This case involves a crossing accident which occurred inside the Gaylord facility in Bogalusa, Louisiana. The accident occurred in 1999, and plaintiff filed suit in this case in January of 2000. Mover, Canadian National/Illinois Central Railroad Company ("CN/IC") was not a named defendant in plaintiff's original complaint. The plaintiff and co-defendants, Arnold Transportation Services, Inc. and Roy Skidmore (hereinafter referred to as the Arnold defendants) attended a Preliminary Pre-Trial

Conference and a Minute Entry was issued on May 16, 2000, setting deadlines in this case. Approximately seven months after the original petition was filed, and almost three months after the established discovery deadline had run, mover CN/IC was served with plaintiff's amended complaint. Consequently, from its very first notification as a defendant in this litigation, mover has been under time pressures attempting to conduct discovery and prepare a defense in a significantly shorter period of time than has been available to the other parties in this case. Nevertheless, following the deposition of co-defendant Roy Skidmore, mover, CN/IC, served co-defendants Arnold and Skidmore with interrogatories, production requests and admission requests. Co-defendants' waited until the very last date to respond to the discovery, and mover did not receive these responses until Monday, November 27, 2000. The discovery contained numerous objections and provided less than the requested information of documents. That discovery is the subject of a motion to compel which is also being filed with this Court.

More importantly several witnesses were identified in the discovery responses and documents produced by the Arnold defendants. In order to properly prepare its defense, it is necessary that mover have the opportunity to depose these witnesses. It is respectfully suggested to the Court that with the cooperation of counsel involved in this case, these depositions can be accomplished without any undue burden on any of the parties or the scheduled trial date. With the exception of one Gaylord

2

witness, the remaining witnesses are employees of co-defendant Arnold. T.A. Provence is a safety member with Arnold who participated as a member of the Accident Review Board which investigated the accident in this case. Jules Scudea was the Chairman of that Committee, while Bob Childers and Larry C. Pierce were Committee Members. John Tate was identified as the Safety Supervisor and the person who trained and supervised Roy Skidmore, the driver of the Arnold vehicle at the time of the accident. Rick LeDay was identified in correspondence to Roy Skidmore as the Regional Director of Safety for Arnold. Terry Pierce, presumably a Gaylord employee, was identified on an accident report as the person who investigated the subject accident. Plaintiff has apparently taken a statement from Terry Pierce. Mover has approached counsel for the Arnold defendants regarding the taking of these depositions, and counsel has raised the discovery deadline and refused to produce any of these witnesses.

If the Court has concerns regarding the number of deponents, mover would agree to depose T. A. Provence, Jules Scudea, John Tate and Terry Pierce, while the other witnesses would not be deposed unless they are found to possess information not available through the above individuals.

Based upon the deadlines in this case, and the approaching trial date, mover would request that this Court consider this motion on an expedited basis.

3

WHEREFORE, defendant, Canadian National/Illinois Central Railroad Company, respectfully moves this Court for leave to take the depositions of the indicated witnesses beyond the discovery deadline set in this case, and that this motion be set for expedited consideration.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

Of Counsel

DAVID S. KELLY, T.A. (#7703)
TIMOTHY F. DANIELS (#16878)
ROBERT S. EMMETT (#23725)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 586-1241
Attorneys for Defendant, Canadian National/
Illinois Central Railroad Company

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon counsel of record by (United States Mail, postage prepaid, hand delivery, telefax, or e-mail), this _1st_ day of _December_, 2000.

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED, that Canadian National/Illinois Central Railroad Company be and is granted leave to file the attached motion for leave to take depositions, beyond the discovery deadline, of T.A. Provence, Jules Scudea, Bob Childers, Larry C. Pierce, John Tate, Rick LeDay and Terry Pierce, and that this motion is set for expedited hearing on the 6th day of December, 2000, at 11 o'clock A.m. Any opposition shall be filed by December 5, 2000 at 2:00 pm. Any reply shall be filed by December 5, 2000 at 5:00 pm.

New Orleans, Louisiana, this 4th day of December, 2000.

Parties are instructed to simultaneously fax or by hand their pleadings when the pleadings are filed.

12-4-00

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE