

```
           FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

     2000 NOV 30  PM 3:47

      LORETTA G. WHYTE
           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL BRIEF

MAY IT PLEASE THE COURT:

Under consideration by the Court at this time is Arnold Transportation Services and Roy Skidmore's motion to dismiss Canadian National/Illinois Central Railroad Company's Cross-Claim. Movers have raised certain arguments in their reply brief to which CN/IC is constrained to respond.

Pursuant to LR 7.4, mover hereby petitions the Court for leave to file its supplemental brief.

```
DATE OF ENTRY
DEC 0 6 2000
```



- 1 -

Respectfully submitted,

_____

| | |
|---|---|
| LEMLE & KELLEHER, L.L.P. | DAVID S. KELLY, T.A. (#7703) |
| | ROBERT S. EMMETT (#23725) |
| Of Counsel | 21st Floor, Pan-American Life Center |
| | 601 Poydras Street |
| | New Orleans, Louisiana 70130 |
| | Telephone: (504) 586-1241 |
| | Attorneys for Defendant, |
| |  Canadian National/Illinois Central Railroad Company |

## ORDER

The foregoing motion and the provisions of LR 7.4 considered;

IT IS ORDERED that mover Canadian National/Illinois Central Railroad Company be and it is granted leave to file the attached supplemental brief in opposition to motion to dismiss.

New Orleans, Louisiana, this 5th day of December, 2000.

*Denied*

_____
UNITED STATES DISTRICT JUDGE

235752_1

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 30 day of Nov, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____