

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -4 PM 12:17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| **VERSUS** | * | NO.: 00-0058 |
| **ARNOLD TRANSPORTATION SERVICES,** | * | SECTION: "B" |
| **INC., ROY SKIDMORE and ILLINOIS** | | |
| **CENTRAL RAILROAD COMPANY** | * | MAGISTRATE "2" |

\* \* \* \* \* \* \*

### EX-PARTE MOTION FOR LEAVE TO FILE MOTION IN LIMINE TO PRECLUDE UNTIMELY EXPERT WITNESS AND TO SET FOR HEARING AT PRE-TRIAL CONFERENCE ON 12/6/2000

Defendants, Arnold Transportation Services, Inc. and Roy Skidmore (hereinafter "Arnold defendants") respectfully move this Court for leave to file the attached Motion in Limine to Preclude Untimely Expert Witness, and request that the motion be set for hearing at the pre-trial conference on December 6, 2000.

The present motion and the motion in limine are necessary because Canadian National/Illinois Central ("CNIC"), a defendant and plaintiff in a cross-claim against movers, failed to timely designate an expert witness and **has not to this date produced an expert report.** Despite CNIC's continued failure to comply with this Court's orders, CNIC filed a motion for leave to add a "rebuttal expert" and set it for hearing on December 6, 2000, the same date as the pre-trial conference, before Magistrate Judge Joseph Wilkinson. Movers suggest,

DATE OF ENTRY
DEC 0 6 2000

488463_1

Doc.No. 81

however, that the issues involved in CNIC's motion and the present motion concern violations of the Court's orders and the exclusion of evidence and witnesses at trial and therefore respectfully request that this Court hear these critical matters at the pre-trial conference.

Under the Court's May 16, 2000 Scheduling Order, motions were to be filed in sufficient time to permit hearing no later than ten (10) days prior to the final pre-trial conference, which is set for December 6, 2000. As such, this motion would have required filing in sufficient time to permit a hearing prior to November 26, 2000. However, the Court has already scheduled the pre-trial conference for December 6, 2000, at 3:00 p.m., and the present issues would be best addressed by the Court at that time, particularly since CNIC submitted a motion on these issues to the magistrate judge for hearing on that date.

WHEREFORE, Arnold Transportation Services, Inc. and Roy Skidmore, defendants, respectfully request leave to file the attached motion in limine to preclude CNIC's proposed expert and that this matter be set for hearing before this Court at the pre-trial conference on December 6, 2000.

Respectfully submitted,

_____
JOHN F. OLINDE, (#1515), T.A.
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
   -of-
CHAFFE, McCALL, PHILLIIPS
   TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: 504.585.7000
**Attorneys for Arnold Transportation Services and Roy Skidmore**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___4th___ day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

488463_1                                               3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.: 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES,** | * | **SECTION: "B"** |
| **INC., ROY SKIDMORE and ILLINOIS** | | |
| **CENTRAL RAILROAD COMPANY** | * | **MAGISTRATE "2"** |

\* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED that Arnold Transportation Services, Inc. and Roy Skidmore be and they are hereby granted leave to file their Motion in Limine to Preclude Untimely Expert Witness and that said motion be set for hearing at the pre-trial conference on December 6, 2000 at 3:00 p.m.

New Orleans, Louisiana, this 5th day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE

488463_1