FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -5 PM 1: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES | * | SECTION "B" |
| AND ROY SKIDMORE | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO
## FILE SUPPLEMENTAL BRIEF

**MAY IT PLEASE THE COURT:**

Under consideration by the Court at this time is Arnold Transportation Services and Roy Skidmore's motion to shorten the length of time Canadian National/Illinois Central Railroad Company has to answer their recently served discovery requests. Certain developments in the case have recently occurred to which CN/IC is constrained to respond.

Pursuant to LR 7.4, mover hereby petitions the Court for leave to file its supplemental brief.

DATE OF ENTRY
DEC 0 6 2000

- 1 -

Respectfully submitted,

*[signature]*

| | |
|---|---|
| LEMLE & KELLEHER, L.L.P. | DAVID S. KELLY, T.A. (#7703) |
| Of Counsel | ROBERT S. EMMETT (#23725) |
| | 21st Floor, Pan-American Life Center |
| | 601 Poydras Street |
| | New Orleans, Louisiana 70130 |
| | Telephone: (504) 586-1241 |
| | Attorneys for Defendant, |
| | Canadian National/Illinois Central Railroad Company |

## ORDER

The foregoing motion and the provisions of LR 7.4 considered;

**IT IS ORDERED** that mover Canadian National/Illinois Central Railroad Company be and it is granted leave to file the attached supplemental brief in ~~support of~~ *its* ~~motion to~~ *designate a rebuttal expert*.

New Orleans, Louisiana, this ___6th___ day of ___December___, 2000.

*[signature]*

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed, on this the 4th day of December, 2000.

*/s/ Terrance A. Prout*

226688_1.DOC

- 3 -