FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -8 PM 1:07

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 7, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

### HEARING ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Motion of Canadian National/Illinois Central Railroad Company to Compel (Record Doc. No. 75)

O R D E R E D:

__XXX__ : DISMISSED AS MOOT. Tim Daniels, counsel for movant, has advised the Court that the requested discovery responses have been provided, and the motion is moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 0 8 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 88