FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 12 AM 11:24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | **SECTION "B"** |
| | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO OPPOSITIONS TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ANY REFERENCE OF ROY SKIDMORE'S TERMINATION BY ARNOLD TRANSPORTATION SERVICES, INC., OR ARNOLD'S FINDING THAT THIS ACCIDENT WAS PREVENTABLE

Arnold Transportation Services, Inc. and Roy Skidmore (hereinafter "the Arnold defendants"), request leave to file a memorandum in reply to plaintiff's and CNIC's oppositions to defendant's motion in limine to exclude any reference of Roy Skidmore's termination by Arnold Transportation Services, Inc., or Arnold's finding that this accident was preventable, pursuant to Rules 7.3E and 7.5E of the Local Rules of Court, upon the following grounds:

1.  The post-accident termination of an employee is an inadmissible remedial measure.

DATE OF ENTRY
DEC 1 4 2000

Fee_____
Process_____
X Dktd O↳O
_CtRmDep_____
Doc.No. 92

487823_1

2.   As the Court noted at the pre-trial conference in this matter, a finding that the accident was "preventable" involves a different standard of review.  This conclusion would mislead and confuse the jury and is inadmissible.

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), **T.A.**
BRENT A. TALBOT (#19174)
DOUGLAS R. HOLMES (#23996)
-of-
CHAFFE, McCALL, PHILLIPS
  TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Attorneys for Arnold Transportation Services
and Roy Skidmore

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this _12th_ day of _Dec_, 2000 served a copy of the foregoing pleading on the plaintiff and on counsel for all parties to this proceeding, via telefax and United States mail.

_____
Attorneys for Arnold Transportation Services
and Roy Skidmore

487823_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE** | * | **SECTION "B"** |
| | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion,

IT IS ORDERED that Arnold Transportation Services, Inc. and Roy Skidmore be and are hereby granted leave to file a memorandum in reply to plaintiff's and CNIC's oppositions to defendant's motion in limine to exclude any reference of Roy Skidmore's termination by Arnold Transportation Services, Inc., or Arnold's finding that this accident was preventable.

New Orleans, Louisiana this 13th day of December, 2000.

*Having ruled on the motion in limine, the motion is Denied as Moot.*

_____
UNITED STATES DISTRICT JUDGE

487823_1