

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 13 PM 4: 25

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**LEMELLE, J.**
**December 13, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**KIRK RICHARD**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 00-0058**

**ARNOLD TRANSPORTATION SERVICES, ET AL.**          **SECTION "B" (2)**


Trial presently is scheduled for January 16, 2001 in the captioned matter.  Due to a conflict on the Court's docket, the Court must reschedule the trial date.  Accordingly,

**IT IS ORDERED** that the **January 16, 2001** trial date is **CONTINUED**.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear by telephone conference before the Courtroom Deputy on the **9th day of January, 2001 at 10:30 a.m.** to select new pretrial and trial dates, which shall be rescheduled for dates on or before June 18, 2001.

**IT IS FURTHER ORDERED** that the discovery and dispositive motion deadlines, however, shall proceed under the following schedule:  (1) The discovery shall be complete by

DATE OF ENTRY
DEC 1 4 2000                    1

_____ Fee_____
_____ Process____
X  Dktd_____
_____ CtRmDep_____
      Doc.No._93_

**March 2, 2001.**  (2) Any motions for summary judgment or motions to dismiss shall be filed no later than **March 20, 2001.**  (3) The parties shall file into the record oppositions to their opponent's motion for summary judgment no later than **April 3, 2001.**  (4) If any party desires to file a reply, it shall be filed into the record no later than **April 6, 2001.**  All other pretrial deadlines shall be governed by the provisions of the Scheduling Order issued after the preliminary conference on January 9th.

IT IS FURTHER ORDERED that the Court shall hear the dispositive motions at 9:00 a.m. on **April 18, 2001** on briefs, unless a timely request for oral argument is submitted.

IT IS FURTHER ORDERED that the parties shall continue to pursue amicable resolution of this matter and shall submit by **February 15, 2001** a joint report regarding their efforts to reach an amicable resolution of all claims between them.

IT IS FURTHER ORDERED that if amicable resolution is not achieved, counsel for the parties shall schedule a settlement conference with the Magistrate Judge, which shall occur by **March 15, 2001** and again within two (2) weeks of the final pretrial conference if settlement is not achieved by March.  The parties shall send a letter to the Court providing notice of the dates of the settlement conferences.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2