

FILED
U.S. DISTRICT COURT

Dec 13   9 51 AM '00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KIRK RICHARD | * | CIVIL ACTION |
|---|---|---|
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY REFERENCE OF ROY SKIDMORE'S TERMINATION BY ARNOLD TRANSPORATION SERVICES, INC. OR ARNOLD'S FINDING THAT THIS ACCIDENT WAS PREVENTABLE

MAY IT PLEASE THE COURT:

Defendant, Canadian National/Illinois Central Railroad Company ("CN/IC") respectfully represent to the court that the Motion in Limine to Exclude Any Reference To Roy Skidmore's Termination by Arnold Transportation Services, Inc., or Arnold's Finding That This Accident Was Preventable, filed by Arnold Transportation Services, Inc. and Roy Skidmore (hereinafter referred to as the "Arnold defendants") is currently under consideration by this Court. On Tuesday, December 12, 2000, mover, CN/IC,

DATE OF ENTRY
DEC 14 2000



received a reply memorandum from the Arnold defendants which raised certain arguments to which CN/IC is constrained to respond.

**WHEREFORE**, defendant Canadian National/Illinois Central Railroad Company, respectfully moves this Court for leave to file the attached Supplemental Memorandum in opposition to the Motion In Limine filed by the Arnold defendants.

Respectfully submitted,

*[signature]*

| | |
|---|---|
| LEMLE & KELLEHER, L.L.P. | DAVID S. KELLY, T.A. (#7703)<br>TIMOTHY F. DANIELS (#16878)<br>ROBERT S. EMMETT (#23725)<br>21st Floor, Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 586-1241<br>Attorneys for Defendant, Canadian National/<br>Illinois Central Railroad Company |
| Of Counsel | |

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel of record by (United States Mail, postage prepaid, hand delivery, telefax, or e-mail), this _13th_ day of _December_, 20_00_.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| ARNOLD TRANSPORTATION SERVICES AND ROY SKIDMORE | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED**, that mover, Canadian National/Illinois Central Railroad Company, be and is granted leave to file the attached Supplemental Memorandum in Opposition to Motion in Limine filed by the Arnold defendants.

New Orleans, Louisiana, this 13th day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE

Having already ruled on the Motion in Limine, the Motion for Leave is Denied as MOOT.