

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20 PM 4:01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0058 |
| | * | |
| **ARNOLD TRANSPORTATION SERVICES, ET AL** | * | SECTION "B" |
| | * | |
| | * | MAG. DIV. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT STIPULATION AND
### ORDER OF DISMISSAL WITHOUT PREJUDICE

Come now cross-claimant Canadian National/Illinois Central Railroad Company and cross-defendants Arnold Transportation Services and Roy Skidmore, through their respective undersigned counsel of record, and agree and stipulate that the cross-claim herein asserted by cross-claimant against cross-defendants is dismissed without prejudice and with the parties to bear their own costs. The said parties further stipulate that cross-defendants' Rule 12(b) motion to dismiss the railroad's cross-claim is moot and should be denied as such.



DATE OF ENTRY
FEB 2 3 2001

___Fee_____
___Process___
X _Dktd_____
✓ _CtRmDep____
  Doc.No._109_

The parties further agree and stipulate that the Court shall enter an order of dismissal reflective of their hereinabove stipulations.

Submitted,

|  |  |
|---|---|
| LEMLE & KELLEHER, L.L.P.<br><br>Of Counsel | */s/ David S. Kelly*<br>DAVID S. KELLY, T.A. (#7703)<br>ROBERT S. EMMETT (#23725)<br>21st Floor, Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 586-1241<br>Attorneys for Cross-Claimant,<br>  Canadian National/Illinois Central Railroad<br>  Company |
| CHAFFE, McCALL, PHILLIPS,<br>TOLER & SARPY<br><br>Of Counsel | */s/ John F. Olinde*<br>JOHN F. OLINDE, T.A. (#1515)<br>BRENT A. TALBOT (#19174)<br>DOUGLAS R. HOLMES (#23996)<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-2300<br>Telephone: (504) 585-7000<br>Attorneys for Cross-Defendants,<br>  Arnold Transportation Services and<br>  Roy Skidmore |

## ORDER

The foregoing joint stipulation considered;

IT IS ORDERED that the cross-claim of Canadian National/Illinois Central Railroad Company against Arnold Transportation and Roy Skidmore, be and the same is hereby dismissed without prejudice and with the parties to bear their own costs.

- 2 -

IT IS FURTHER ORDERED that the Motion to Dismiss Cross-Claim pursuant to Federal Rules of Civil Procedure 12(b) filed by Arnold Transportation Services and Roy Skidmore is denied as moot.

New Orleans, Louisiana, this 22nd day of February, 2001.

                                                            UNITED STATES DISTRICT JUDGE

249121_1