```
                    FILED
              U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

              2001 FEB 23  PM 5: 21

                LORETTA G. WHYTE
                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

IT IS ORDERED that a **Settlement Conference** is set in this case on **March 7, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **March 6, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this _23rd_ day of February, 2001.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. IVAN L. R. LEMELLE

DATE OF ENTRY
FEB 2 6 2001