```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2001 MAR -8  PM 1:46

        LORETTA G. WHYTE
              CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
MARCH 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

A settlement conference was conducted in this matter by the undersigned magistrate judge on this date. Pursuant to Judge Lemelle's order dated December 13, 2000, Record Doc. No. 93, another settlement conference is hereby scheduled in this case before the undersigned magistrate judge on **May 17, 2001 at 10:00 a.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. IVAN L. R. LEMELLE

DATE OF ENTRY
MAR 0 8 2001

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc.No. 112