```
                                          FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2001 MAR 12  AM 11: 29

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK RICHARD | CIVIL ACTION |
| VERSUS | NO. 00-58 |
| ARNOLD TRANSPORTATION SERVICES ET AL. | SECTION "B" (2) |

At the request of counsel for defendants and having been advised that all parties agree to the change, **IT IS ORDERED** that the Settlement Conference, previously set in this matter on May 17, 2001, is hereby **RESET** on **May 29, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

New Orleans, Louisiana, this 12th day of March, 2001.

DATE OF ENTRY
MAR 1 2 2001

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. IVAN L. R. LEMELLE

```
___Fee_____
___Process_____
_X_Dktd_____
_✓_CtRmDep_____
   Doc.No. 113
```