FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -7 PM 2: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | * | SECTION B |
| ARNOLD TRANSPORTATION SERVICES, SEDGEWICK OF PA, INC. AND ROY SKIDMORE | * * | MAGISTRATE 2 |

FILED: _____     _____
                                                    DEPUTY CLERK

NOTICE OF FILING OF EMPLOYMENT CONTRACT

MAY IT PLEASE THE COURT:

NOTICE IS HEREBY given that the employment contract between Kirk Richard and Michael Hingle/Michael Hingle & Associates, LLC, a copy of which is attached, has been recorded in the Parish of Washington at MOB 579, folio 567.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, #6943
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(985) 641-6800

G:\Files\Richard, Kirk\pld usdc notice file emp contract.wpd sd

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of June, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**