UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| | * | NUMBER 00-0058 |
| VERSUS | | |
| | * | SECTION B |
| ARNOLD TRANSPORTATION | * | MAGISTRATE 2 |
| SERVICES, SEDGEWICK OF | | |
| PA, INC. AND ROY SKIDMORE | * | |

FILED: _____        _____
                                       DEPUTY CLERK

## NOTICE OF FILING OF EMPLOYMENT CONTRACT

MAY IT PLEASE THE COURT:

NOTICE IS HEREBY given that the employment contract between Kirk Richard and Michael Hingle/Michael Hingle & Associates, LLC, a copy of which is attached, has been recorded in the Parish of St. Tammany at Instrument Number 1248189.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

_____
Michael Hingle, #6943
For the Firm
220 Gause Blvd., Ste. 200
Slidell, LA 70458
(985) 641-6800

G:\Files\Richard, Kirk\pld notice file emp contract St. Tam.cd.wpd

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of June, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED