FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 10 PM 3: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK RICHARD | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0058 |
| ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL RAILROAD COMPANY | * * | SECTION "B" MAGISTRATE "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(ii)

**NOW COME** Plaintiff, Kirk Richard, and Defendants, Canadian National/Illinois Central Railroad Company, Arnold Transportation Services and Roy Skidmore, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree and stipulate that:

All claims of Plaintiff, Kirk Richard, against the Defendants, Canadian National/Illinois Central Railroad Company, Arnold Transportation Services and Roy Skidmore, in the above entitled and numbered matter are dismissed with prejudice, each party to bear its own costs;

All claims of Canadian National/Illinois Central Railroad Company against Plaintiff, Roy Skidmore and Arnold Transportation in the above entitled and numbered matter are dismissed

DATE OF ENTRY
JUL 12 2001

515133_1

with prejudice, each party to bear its own costs.

Respectfully submitted,

SHEARMAN-DENENEA, L.L.C.

By: _____
Brian G. Shearman, T.A. (#19151)
John H. Denenea, Jr. (#18861)
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9322
**Attorneys for Plaintiff, Kirk Richard**

**CHAFFE, MCCALL, PHILLIPS,
   TOLER & SARPY, L.L.P.**

By: _____
John F. Olinde, T.A. (#1515)
Brent A. Talbot (#19174)
Douglas R. Holmes (#23996)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Arnold Transportation Services, Inc. and Roy Skidmore**

LEMLE & KELLEHER, L.L.P.

By: _____
David S. Kelly, T.A. (#7703)
Timothy F. Daniels (#16878)
Robert S. Emmett (#23725)
601 Poydras St, 21st Floor
New Orleans, LA 70130
Telephone: (504) 586-1241
**Attorneys for Canadian National and Illinois Central Railroad Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of July, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK RICHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0058** |
| **ARNOLD TRANSPORTATION SERVICES, ROY SKIDMORE, AND ILLINOIS CENTRAL** | * | **SECTION "B"** |
| **RAILROAD COMPANY** | * | **MAGISTRATE "2"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii);

**IT IS ORDERED** that the above captioned matter be and it is hereby dismissed with prejudice, with each party to bear his, her or its own respective costs.

New Orleans, Louisiana, this _11th_ day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE

515133_1